UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jean St. Surin,
          Plaintiff,

v.                      Civil Action No. 04-11479-PBS

Luis T. Spencer, Superintendent,
MCI Norfolk,
          Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):

        Petitioner failed to submit a certified copy of his prison account(s) statement.

☒    It is FURTHER ORDERED that petitioner must resubmit his application along with a certified copy of his prison account(s) statement, or pay the $5 filing fee, within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

July 1, 2004                          /s/ Patti B. Saris
DATE                                 UNITED STATES DISTRICT JUDGE