```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

Jean St. Surin,                   )
          Plaintiff,              )
                                  )
       v.                         )      CIVIL ACTION
                                  )      NO.  04-11479-PBS
Luis T. Spencer, Superintendent,  )
                                  )
          Defendans.              )
```

## ORDER OF DISMISSAL

SARIS, D.J.,

   For failure to comply with the Court's Order of July 1, 2004, and for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice.


                              BY THE COURT,

                              /s/ Marjorie E. Lanier
Dated: September 10, 2004     Deputy Clerk